The Foreign Christian Missionary Society v. T. N. Hall, Admr. de bonis non of the Estate of John O. Bolin, deceased.

The facts same as preceding case, etc.

Memorandum.—Suit on promissory note. Appeal from the Circuit Court of Pike County; the Hon. OSCAR P. BONNEY, Circuit Judge, presiding. Heard in this court at the May term, A. D. 1892, and affirmed. Opinion filed December 2, 1892.

A. G. CRAWFORD, attorney for appellant.

H. D. L. GRIGSBY and HARRY HIGBEE, attorneys for appellee.

OPINION BY THE COURT.

The material facts affecting the right of the appellant society herein and the questions of law arising thereon are the same as in the case of the trustees of the Illinois Christian Missionary Convention v. T. N. Hall, Admr. *de bonis non* of the estate of John O. Bolin, deceased. In accordance with the views expressed in our opinion filed in the last named case the judgment in this case is affirmed.